UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>            Petitioner,<br><br>    v.<br><br>T. FOSS,<br><br>            Respondent. | No. 2:18-cv-2712 DB P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a disciplinary hearing result issued while housed at CSP-Corcoran. Kings County, where CSP-Corcoran is located, is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: October 29, 2018

/bh
thom2712.109

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE